UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HALE and ALLA HALE,           )
                                       )
        Plaintiffs,                    )
                                       )
v.                                     )   CIVIL ACTION
                                       )   NO. 17-10855-NMG
PAN AM RAILWAYS, INC.,                 )
AMERICOLD LOGISTICS LLC,               )
and CRYO-TRANS, INC.,                  )
                                       )
        Defendants.                    )

## REPORT AND RECOMMENDATION ON DEFENDANT CRYO-TRANS' MOTION FOR ENTRY OF SEPARATE JUDGMENT

March 25, 2019

DEIN, U.S.M.J.

### I. INTRODUCTION

Plaintiffs Michael Hale and Alla Hale brought this action against Pan Am Railways, Inc. ("Pan Am"), Americold Logistics LLC ("Americold") and Cryo-Trans, Inc. ("Cryo-Trans") (collectively, "defendants"), alleging negligent operation of a railcar that led to an accident which significantly injured Mr. Hale. (See Docket No. 45 ("Amended Complaint") ¶¶ 18, 21, 24, 33). These injuries allegedly prevented him from returning to work and caused him to become partially disabled. (Id. ¶ 18). Mrs. Hale asserts a claim for loss of consortium as a result of her husband's injuries. (Id. ¶ 36).

The alleged accident occurred in the course of Mr. Hale's employment at C&S Wholesale Grocers ("C&S"). (See id. ¶ 8). Mr. Hale alleges that on February 3, 2015 he was instructed to

*Report and Recommendation accepted and adopted. SFMCorton, USDJ 6/4/19*